UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CONRAD,<br><br>            Plaintiff,<br><br>    v.<br><br>D. RODRIGUEZ, *et al.*,<br><br>            Defendants. | Case No. LA CV 15-4537 MWF (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

      Furthermore, as there are no remaining defendants, the action must be dismissed in its entirety.

//

//

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Defendant Lin's motion for summary judgment is granted;
3. Judgment be entered dismissing this action without prejudice; and
4. The Clerk serve copies of this Order on the parties.

DATED: April 11, 2018

                                            MICHAEL W. FITZGERALD
                                            UNITED STATES DISTRICT JUDGE