JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAVID CONRAD,                    ) Case No. LA CV 15-4537 MWF (JCG)
       Plaintiff,           ) **JUDGMENT**
       v.                    )
D. RODRIGUEZ, *et al.*,          )
       Defendants.          )

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 11, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE