**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID CONRAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. Rodriguez, et al.,<br><br>　　　　　Defendants. | Case No. CV 15-4537 MWF (SS)<br><br>**ORDER DENYING PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

On June 15, 2018, Plaintiff filed Objections to the Magistrate Judge's Report and Recommendation. (Dkt. No. 75). The Court has conducted a <u>de novo</u> review of those portions of the Report and Recommendation to which the Objections were directed. The Objections do not cause the Court to alter its previous decision to accept the Report and Recommendation. Accordingly, the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge entered on April 11, 2018, remains the Court's final decision regarding this action.

\\

\\

\\

The Clerk of the Court is directed to serve a copy of this Order on Plaintiff at his current address of record.

IT IS SO ORDERED.

DATED: June 25, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE